IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JANET BEASLEY, et al., | ) |
| | ) |
|     Appellants | ) |
| | ) |
| v. | )    Case No. 13-2113 |
| | ) |
| RED ROCK FINANCIAL | ) |
| SERVICES, LLC, | ) |
| | ) |
|     Appellee. | ) |

MOTION TO EXTEND TIME TO FILE
APPELLANTS' BRIEF AND RECORD EXTRACT

    Appellants hereby move to extend until and including April 4, 2014, the deadline for Appellants to file their brief and the record extract for this case. Absent the extension sought herein, the date for the filing of appellants' brief and the record extract is April 1, 2014. As of the filing of this motion, counsel for Appellants has not received a response from counsel for Appellee to his his request as to whether she will oppose this motion.

    Appellants are requesting the three day extension sought herein because they have encountered complications in the preparation of the appendix in this case. Allowing them three additional days to prepare their appendix will insure that the appendix satisfies the requirements of this Court's rules for that filing. Accordingly, Appellants request that the deadline for filing

their brief and the record extract in this case be extended by three days until and including April 4, 2014.

                                                 Respectfully submitted

                                                 /s/Ernest P. Francis
                                                 Ernest P. Francis
                                                 ERNEST P. FRANCIS, LTD.
                                                 1655 North Fort Myer Drive, Suite 700
                                                 Arlington, VA 22209
                                                 (703) 683-5696
                                                 Fax (703) 683-2785
                                                 E-mail: epfrancisltd@verizon.net

                                               Attorney for Appellants

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I will this 1st day of April, 2014, electronically file the foregoing Motion to Extend Time to File Appellants' Brief and Record Extract with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to Virginia M. Sadler, Esq., at her office at Jordan Coyne & Savits, LLP, 10509 Judicial Drive, Suite 200, Fairfax, VA 22030, through her e-mail at v.sadler@jocs-law.com.

                                               /s/Ernest P. Francis
                                                 Ernest P. Francis
                                                 ERNEST P. FRANCIS, LTD.
                                                 1655 North Fort Myer Drive
                                                 Suite 700
                                                 Arlington, VA 22209
                                                 (703) 683-5696
                                                 Fax (703) 683-2785
                                                 E-mail: epfrancisltd@verizon.net

                                               Attorney for Appellants