**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 16, 2014

_____

RESPONSE REQUESTED
_____

No.   13-2113,   Janet Beasley v. Red Rock Financial Services
               1:12-cv-01312-AJT-TRJ, 1:13-cv-00206-AJT-TRJ

TO:   Ernest P. Francis

RESPONSE DUE: 05/01/2014

Response is required to the appellee's motion to dismiss appeal. Response must be filed by the response due date shown in this notice.

Amy L. Carlheim, Deputy Clerk
804-916-2702