FILED: May 2, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-2113

(1:12-cv-01312-AJT-TRJ)

(1:13-cv-00206-AJT-TRJ)

_____

JANET BEASLEY; GORDON BEASLEY

    Plaintiffs - Appellants

v.

RED ROCK FINANCIAL SERVICES, LLC

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellee's motion to dismiss and appellants' motion for leave to file brief and appendix out of time, the court grants leave to file the brief and appendix out of time and denies appellee's motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk