FILED: May 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2113

(1:12-cv-01312-AJT-TRJ)

(1:13-cv-00206-AJT-TRJ)

_____

JANET BEASLEY; GORDON BEASLEY

    Plaintiffs - Appellants

v.

RED ROCK FINANCIAL SERVICES, LLC

    Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/06/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk